**Clifton Lee RAY, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75845.**

Missouri Court of Appeals,
Western District.

April 22, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2014.

Application for Transfer Denied Aug. 19, 2014.

---

Damien de Loyola, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division I: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Clifton Lee Ray, Jr., appeals the judgment of the Circuit Court of Jackson County, Missouri, denying, after evidentiary hearing, Mr. Ray's motion for post-conviction relief pursuant to Rule 29.15. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).